IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK JAMES SCHMIDT,
    Plaintiff,

vs.                                                Case No.: 3:20cv4508/LAC/EMT

DIRECTOR ESMOND, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated March 18, 2020, Plaintiff was given thirty (30) days in which to either submit a completed motion to proceed in forma pauperis on the court-approved form or pay the filing fee (ECF No. 3). Plaintiff failed to file a motion to proceed in forma pauperis or pay the filing fee by the deadline; therefore, on April 21, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why the action should not be dismissed for failure to comply with an order of the court (ECF No. 4).

The show cause order was returned as undeliverable, with an indication Plaintiff had been released from custody (*see* ECF No. 5). The court thus sent a copy of the show cause order to Plaintiff's release address, 123 Anywhere St., Fort

Walton Beach, Florida, 32547, on May 12, 2020 (*see* ECF No. 6). That mail, too, was returned as undeliverable (ECF No. 7). As of the date of this Report and Recommendation, Plaintiff has not submitted a motion to proceed in forma pauperis or paid the filing fee; and he has not provided an updated address. Based on the court's inability to contact Plaintiff, the issuance of any further order would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 22nd day of May 2020.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:20cv4508/LAC/EMT